[No. 32731-3-I. Division One. July 24, 1995.]

*In re the Marriage of* CRETA M. PEREZI, *Respondent,* v. KENNETH M. PEREZI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-07071-1, Michael Hayden, J., entered May 7, 1993. *Affirmed in part* and *remanded in part* by unpublished opinion per Coleman, J., concurred in by Becker,

J., and Forrest, J. Pro Tem.

[No. 31868-3-I. Division One. July 17, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD LEE CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-04799-0, William L. Downing, J., entered December 8, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33321-6-I. Division One. July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS G. CLEATOR, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01577-8, John F. Wilson, J., entered August 5, 1993. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Ellington, JJ.